**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick WALKER, Defendant–
Appellant.**

**No. 13–14220
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 27, 2014.

Adam W. Overstreet, Kenyen Ray Brown, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Christopher Knight, Elsie Mae Miller, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, Derrick Walker, FCI Yazoo City Medium–Inmate Legal Mail, Yazoo City, MS, for Defendant–Appellant.

Before CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Derrick Walker in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no argua-

ble issues of merit, counsel's motion to withdraw is **GRANTED,** and Walker's revocation of supervised release and sentence are **AFFIRMED.**